PerkinsCoie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 4, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/6/22__

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Lamar Brown, on Behalf of Himself and All Others Similarly Situated, v. Etsy, Inc.*
Case No. 1:22-cv-4174-ALC

**Defendant Etsy, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Figueredo:

We represent Defendant Etsy, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until November 11, 2022. The current date by which a response to the Complaint is due is October 11, 2022. Defendant needs additional time to investigate the allegations of the Complaint and has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

DCH:llm

10/6/22

cc: All Counsel of Record (via ECF)

Perkins Coie LLP