**MEMO ENDORSED**

**PerkinsCoie**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/09/2022

November 8, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Lamar Brown, on Behalf of Himself and All Others Similarly Situated, v. Etsy, Inc.*
Case No. 1:22-cv-4174-ALC

**Defendant Etsy, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Carter:

We represent Defendant Etsy, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until January 12, 2023. The current date by which a response to the Complaint is due is November 11, 2022. The parties are discussing resolution and ask for additional time to respond to continue that discussion and due to defendant counsel's family leave, plaintiff's counsel travel, and the upcoming holidays. Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request. Defendant has made one previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc: All Counsel of Record (via ECF)

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

11/09/2022

158998723.1
Perkins Coie LLP