**MEMO ENDORSED**

1155 Avenue
22nd Floor
New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/11/2023

January 10, 2023

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Lamar Brown, on Behalf of Himself and All Others Similarly Situated, v. Etsy, Inc.*
Case No. 1:22-cv-4174-ALC

**Defendant Etsy, Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Carter:

We represent Defendant Etsy, Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until February 12, 2023. The current date by which a response to the Complaint is due is January 12, 2023. The parties are discussing resolution and request additional time to respond in order to continue discussions which were affected by defendant counsel's recent family leave, plaintiff's counsel travel, and the holidays. Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request.
Defendant has made two previous requests for an extension in this matter, both of which were granted.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc:   All Counsel of Record (via ECF)

159962223.1
Perkins Coie LLP

SO ORDERED: *[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
1/11/2023